UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ahmed M., <br><br> Petitioner, <br><br> v. <br><br> Pamela Bondi, *Attorney General*; Daren K. Margolin, *Director for Executive Office for Immigration Review*; Executive Office for Immigration Review; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; Immigration and Customs Enforcement; David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; and Sheriff Joel Brott, *Sherburne County Sheriff*, <br><br> Respondents. | File No. 25-cv-4711 (ECT/SGE) <br><br><br> **ORDER** |

Petitioner Ahmed M. has filed a Petition for a Writ of Habeas Corpus ("Petition") [ECF No. 1]. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Respondents are directed to file an answer to the Petition [ECF No. 1] by no later than **December 23, 2025**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

   d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Jose J.O.E. v. Bondi*, 797 F. Supp. 3d 957 (D. Minn. 2025), and *Santos M.C. v. Olson*, No. 25-cv-4264 (PJS/DJF), 2025 WL 3281787 (D. Minn. Nov. 25, 2025).

3. If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **December 29, 2025**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: December 19, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court