# UNITED STATES DISTRICT COURT
## District of Minnesota

Ahmed Sharif Mohamed,

Petitioner,

v.

Pamela Bondi, Daren K. Margolin, Executive Office for Immigration Review, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood, Joel Brott,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 25-cv-4711 ECT/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **DECLARES** Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

2. Respondents shall release Petitioner from custody as soon as practicable, subject to the conditions of his February 27, 2024 Order of Release on Recognizance.

Date: 1/6/2026

KATE M. FOGARTY, CLERK